UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| MARK CATO,<br><br>                    Plaintiff,<br>         v.<br><br>COMMUNITY JOB PROGRAM, *et al.*,<br><br>                    Defendants.<br>_____/ | No. C 11-05156 LB<br><br>**ORDER REFERRING CASE TO U.S. MAGISTRATE JUDGE DONNA RYU TO DETERMINE IF CASES ARE RELATED** |

Upon further review of *pro se* Plaintiff Mark Cato's filings, the court observed that the above-captioned matter might be related to an earlier filed case, *Cato v. Goodwill Industries of San Francisco*, 4:11-cv-02553-DMR. *See* N.D. Cal. Civ. L.R. 3-12(c). The action is hereby referred to U.S. Magistrate Judge Donna Ryu with a request that she consider whether the two cases are related.

**IT IS SO ORDERED.**

Dated: March 26, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-05156 LB
ORDER