UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| MARK CATO,<br><br>            Plaintiff,<br>   v.<br>COMMUNITY JOB PROGRAM, *et al.*,<br>            Defendants.<br>_____/ | No. C 11-05156 LB<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The court has referred this matter to Magistrate Judge Ryu with a request that she consider whether the two cases are related. ECF No. 21. Additionally, the defendants have not yet been served. Given this context, the court **CONTINUES** the case management conference set for May 2, 2012 to June 7, 2012 at 10:30 a.m.

**IT IS SO ORDERED.**

Dated: April 30, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-05156 LB
ORDER